IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:12-CR-3047 |
| vs. | ORDER |
| ROYANN L. SCHMIDGALL, | |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion to Release Garnishment (filing 98). That motion will be granted.

IT IS ORDERED:

1. The plaintiff's Motion to Release Garnishment (filing 98) is granted.

2. The garnishment against Morgan Stanley Smith Barney (filing 91) is released.

Dated this 6th day of October, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge