IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:12-CR-3047 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ROYANN L. SCHMIDGALL, | |
| Defendant. | |

IT IS ORDERED:

1. The plaintiff's Application for Writ of Continuing Garnishment (filing 100) is granted.

2. The Clerk of the Court shall issue a writ of continuing garnishment against McGhee Productivity Solutions, Inc.; 109 South Parker Road, #475; Parker, CO 80134.

3. The plaintiff will prepare and submit to the Clerk of the Court the writ of continuing garnishment and the Clerk's notice of post-judgment garnishment.

4. The plaintiff will electronically file the notice of garnishment and instructions to debtor.

Dated this 8th day of August, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge